Dismissed and Memorandum Opinion filed February 12, 2004









Dismissed and Memorandum Opinion filed February 12,
2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00981-CV

____________

 

VIRGINIA M. JOHNSON,
Appellant

 

V.

 

MEMORIAL HERMANN HOSPITAL SYSTEMS,
INC., Appellee

 



 

On Appeal from County Civil
Court at Law No. 4

 Harris County, Texas

Trial Court Cause No. 760,461 

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed July 18, 2003.

On January 27, 2004, the parties filed a joint motion to
dismiss the appeal in order to effectuate a compromise and settlement
agreement.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 12, 2004.

Panel consists of Justiced Yates, Anderson, and Hudson.